# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/7/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CV03-00447BMK

CASE NAME:    Hamilton I. McCubbin v. John C. Dowling, et al.

ATTYS FOR PLA:    Robert Klein
Kenneth Mansfield

ATTYS FOR DEFT:    Lex Smith

INTERPRETER:

JUDGE:    Kevin S. C. Chang            REPORTER:    C5 - no record

DATE:    2/7/2006                     TIME:    9:20-9:30am

COURT ACTION:  EP:  Status Conference Re: Settlement Agreement.  Discussion held regarding language in Settlement Agreement.

Submitted by: Shari Afuso, Courtroom Manager