# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/12/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV03-00447BMK

CASE NAME:       Hamilton I. McCubbin v. John C. Dowling, et al.

ATTYS FOR PLA:   Robert Klein
                 Kenneth Mansfield

ATTYS FOR DEFT:  Lex Smith

INTERPRETER:

| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
|---|---|---|---|
| DATE: | 4/12/2006 | TIME: | 9:35-9:40am |

COURT ACTION:  EP:  Status Conference Re: Settlement Agreement.  Counsel advised the court that in accordance with the settlement reached, this case may be dismissed with prejudice.  Court to prepare an Order of Dismissal with Prejudice.

Submitted by: Shari Afuso, Courtroom Manager