AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

———————— DISTRICT OF HAWAII ————————

| | |
|---|---|
| Hamilton I. McCubbin | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 03-00447BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| John C. Dowling, et al. | April 17, 2006 |
| Defendant(s). | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is hereby DISMISSED with prejudice pursuant to the "Order of Dismissal" filed and issued by Magistrate Judge Barry M. Kurren on April 17, 2006.

| April 17, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |